IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:09CV116-RLV-DSC

| | |
|---|---|
| WILLIAM NORKUNAS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **O R D E R** |
| ) | |
| TAR HEEL CAPITAL WENDY'S LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice [for Pete M. Monismith" (document #5) filed November 9, 2009. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: December 9, 2009

David S. Cayer
United States Magistrate Judge