# United States District Court
# For The Western District of North Carolina
# Statesville Division

WILLIAM NORKUNAS,

       Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                           5:09CV116

TAR HEEL CAPITAL WENDY'S LLC,
a Domestic Limited Liability Corporation,
and FFC LIMITED PARTNERSHIP,
a Domestic Partnership
             Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 19, 2011 Order.

                                                       Signed: July 19, 2011

                                                       Frank G. Johns, Clerk
                                                       United States District Court